UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ERNESTO ISIDORO and DIEGO LEON, et al.,

                      Plaintiffs,

        -against-                    NOTICE OF APPEARANCE

                                    08 CV 6081 (RMB)

HAMILTON FOOD STORE, INC. (d/b/a
Hamilton Deli) and NICK MAMAIS
----------------------------------------------------------------x

PLEASE TAKE NOTICE that Oscar Michelen, of Sandback, Birbaum and Michelen, Two Pennsylvania Plaza, Suite 1996, New York, New York 10121, hereby appears as attorney of record for the defendants Hamilton Food Store, Inc (d/b/a Hamilton Deli) and Nick Mamais.

Dated: August 29, 2008

                                                   Respectfully,

                                                   *Oscar Michelen*
                                                   OSCAR MICHELEN (OM 5199)
                                                   Sandback, Birnbaum & Michelen
                                                   Attorneys for Defendants
                                                   Two Pennsylvania Plaza
                                                   Suite 1996
                                                   New York, New York  10121
                                                   (212)517-3200 fax: (212)279-3509
                                                   omichelen@sbmlegal.com