LAW OFFICES OF

## SANDBACK, BIRNBAUM & MICHELEN

DONALD H. BIRNBAUM*
WILLIAM A. SANDBACK**
OSCAR MICHELEN°

JOHN J. HALTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
°ALSO NEW JERSEY BAR
†ALSO GEORGIA BAR
††CALIFORNIA & IOWA BARS ONLY
**PENNSYLVANIA BAR

*Established 1977*

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK FONTE**
RAYMOND GAZZO††
WILLIAM J. MCKENNEY*
A. STEVEN YOUNG
CHANG YUN*
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

**PLEASE RESPOND TO:**
☒ MINEOLA
☐ NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2008

August 29, 2008

Hon. Richard M. Berman
United States District Courthouse
VIA FAX: 212-805-6717

# MEMO ENDORSED

Re: Isidoro & Leon v. Hamilton Food Store, Inc, et al.
Case No.: 08 Civ. 6081 (RMB)

Dear Judge Berman:

I have been retained to represent the defendants in the above matter. I will be filing a notice of appearance via ECF this afternoon. During my initial conversation this afternoon with plaintiff's counsel, I learned of the Rule 16 conference presently scheduled for September 2, 2008 at 10:00AM.

Plaintiff's counsel has graciously consented to extend my clients' time to respond to the complaint until September 22, 2008. He has also consented to adjourn the Rule 16 conference. I have not had an opportunity to fully debrief my client with respect to the plaintiffs' allegations and am therefore requesting the adjournment. It is the first time this conference has been scheduled and my first request for an adjournment of the conference.

Both counsel have agreed to accept a date in third week of September or later if that is convenient to the court. Thank you for your courtesy.

Very truly yours,

*[signature]*

OSCAR MICHELEN (OM5199)

OM:sjk
cc: via fax to plaintiff's counsel

SO ORDERED:

Application granted. Conference
adjourned to 9/24/08 at 9:00 a.m.

SO ORDERED:
Date: 8/29/08

*[signature]*
Richard M. Berman, U.S.D.J.

_____
U.S.D.J.